**Order filed March 27, 2014**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-13-00779-CV**

_____

**JEFF OLLEY, Appellant**

**V.**

**HVM, L.L.C., IN ITS CAPACITY AS MANAGER OF THE HOTEL COMMONLY KNOWN AS THE EXTENDED STAY AMERICA - HOUSTON - KATY FREEWAY/ENERGY CORRIDOR, Appellees**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1033532**

## O R D E R

Appellant's brief was due February 19, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **April 25, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM